# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

**UNITED STATES OF AMERICA**

**VS.**  3:15-CR-00069-BRW

**GEORGE DAVID GEORGE**

## ORDER

The Prosecution's Motion in Limine to Admit Certain Evidence (Doc. Nos. 87) is GRANTED. The evidence appears to be directly tied to the charges in the Indictment.[1] Additionally, it is probative and not unduly prejudicial. However, I do not see the relevance of the tax conviction, since there are several other felony convictions and the Prosecution claims the evidence is needed only to establish that Defendant had felony convictions he did not disclose to investors. Additionally, I do not believe it is necessary to go into the details of the convictions beyond stating he had "felony convictions." If you disagree, you can bring up the issue during the pretrial conference the morning of trial.

The Prosecution's Second Motion in Limine to Admit Certain Evidence re: non-payment of WellCity employees (Doc. No. 89) is GRANTED.

The Prosecution's Third Motion in Limine to Admit Certain Evidence re: Dr. Roger Garcia (Doc. No. 90) is GRANTED.

The Prosecution's Motion to Exclude Evidence of Defendant's Repayment or Attempted Repayment (Doc. No. 92) is GRANTED, since Defendant does not oppose the motion.

IT IS SO ORDERED this 27th day of February, 2019.

                                                             BILLY ROY WILSON
                                          UNITED STATES DISTRICT JUDGE

---

[1] See *United States v. Donohue*, 726 Fed. Appx. 333 (6th Cir. 2018).